IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYER HEALTHCARE, LLC,     Plaintiff, v. UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,     Defendants. | No. _____ |

### PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff Bayer HealthCare, LLC ("Bayer"), through undersigned counsel, hereby moves the Court for a Temporary Restraining Order and Preliminary Injunction (1) vacating FDA's final approval of Abbreviated New Animal Drug Application ("ANADA") No. 200-495, for Norbrook's Enroflox 100 product, (2) ordering a recall of any Enroflox 100 that has been sold, and (3) enjoining FDA from granting a final approval of Norbrook's Enroflox 100 product or any other abbreviated new drug application for which Baytril® is the reference-listed drug until final adjudication of Bayer's claims on the merits.

FDA's approval of Norbrook's Enroflox 100 product is unlawful and should be set aside under the Administrative Procedure Act, as further explained in the accompanying supporting Memorandum. A temporary restraining order is warranted to prevent severe and irreparable harm to Bayer and to preserve the status quo until the Court can reach the merits of Bayer's claim.

This application and motion is supported by the attached Memorandum, the supporting Affidavits of Dr. Cary R. Christensen, DVM, Mr. Alan Bennett, and Mr. Stanley Fisher, and the accompanying attached exhibits. A proposed order is attached.

Bayer requests, pursuant to LCvR 65.1(d) and for the reasons more fully set out in its supporting memorandum, that the Court schedule a hearing on this application as soon as possible after the filing of this application.

Because the requested injunction presents no risk of monetary damage to Defendants, no bond is necessary pursuant to Rule 65(c) of the Federal Rules of Civil Procedure.

Counsel certifies that, pursuant to LCvR 7(m), he conferred with opposing counsel from FDA prior to submitting this application, and was unable to obtain consent to the proposed relief, and attempted to confer with opposing counsel for the other named defendants.

Respectfully submitted,

BRUCE R. GENDERSON (DC Bar No. 961367)
DAVID I. BERL (DC Bar No. 482436) *admission and pro hac vice application pending*
STANLEY E. FISHER (DC Bar No. 498540)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000

ALAN R. BENNETT (DC Bar No. 176628)
ROPES & GRAY LLP
700 Twelfth Street, NW
Washington, DC 20005

April 10, 2013            *Attorneys for Plaintiff*